AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Clive Fisher,

*Plaintiff,*

v.   Case No. 5:18–cv–10199–JEL–APP
   Hon. Judith E. Levy

First Equity Alliance,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: First Equity Alliance

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Sergei Lemberg
   43 Danbury Road
   3rd Floor
   Wilton, CT
   06897

   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*   By:  s/ D. Peruski
   *Signature of Clerk or Deputy Clerk*

   Date of Issuance: January 17, 2018



## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Michigan

Case Number: 5:18-CV-10199-JEL-APP

Plaintiff:
**Clive Fisher**

vs.

Defendant:
**First Equity Alliance**

Received by Certified Corp. & Process Services LLC on the 9th day of February, 2018 at 2:12 pm to be served on **First Equity Alliance, 11810 Pierce Street, Riverside, Riverside County, CA 92505.**

I, S. Ledesma, being duly sworn, depose and say that on the **13th day of February, 2018 at 2:41 pm**, I:

**Personally** by delivering to: **First Equity Alliance**, accepting, **Scott Bradley, managing agent, Federal Summons and Complaint & Jury Demand; Civil Cover Sheet**, a true copy of the specified civil process, having first endorsed on such copy the date of delivery, at **11810 Pierce Street, Riverside, Riverside County, CA 92505** and informed said person of the contents therein.

**Description of Person Served:** Age: 37, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 280, Hair: Blonde, Glasses: N

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit; and I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his/her personal knowledge and experience to be true and correct. given under my hand and seal of office on the 15th day of February, 2018

_____
NOTARY PUBLIC

FRANCES FUENTES
Notary Public – California
Riverside County
Commission # 2193231
My Comm. Expires May 18, 2021

_____
S. Ledesma
Process Server

**Certified Corp. & Process Services LLC**
P.O. Box 496448
Garland, TX 75049
(972) 279-6100

Our Job Serial Number: LGD-2018000302
Ref: 19592-001 Fisher, Clive

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.2g